**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2284**

---

SYLVIA MOORE,

Plaintiff - Appellant,

v.

VERIZON COMMUNICATIONS, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00051-RDA-IDD)

---

Submitted:  January 30, 2024                Decided:  February 2, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sylvia Moore, Appellant Pro Se.  Denyse Sabagh, DUANE MORRIS, LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvia Moore appeals the district court's order denying her motion for a preliminary injunction and granting Defendant's motion for summary judgment on her civil complaint in which Moore alleged, among other things, that Defendant improperly calculated her pension benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Moore v. Verizon Commc'ns, Inc.*, No. 1:22-cv-00051-RDA-IDD (E.D. Va. filed Nov. 15, 2022 & entered Nov. 16, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*